UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID MONTGOMERY, Individually and as Guardian ad Litem Of MICHAEL DEAN MONTGOMERY, a Minor,<br><br>　　　　Plaintiff,<br>vs.<br><br>BLITZ U.S.A., Inc.,<br><br>　　　　Defendants. | CASE NO. 11CV999 JLS (DHB)<br><br>**ORDER GRANTING JOINT STIPULATION OF DISMISSAL**<br><br>(ECF No. 82) |

Presently before the Court is the Parties' Joint Stipulation of Dismissal with Prejudice of Certain Defendants. (ECF No. 82.) The parties have reached a settlement in this action and have stipulated and agreed to dismiss Defendant Blitz U.S.A., Inc. ("Blitz") with prejudice.

Based on the stipulation of the parties and good cause appearing, the Court **GRANTS** the motion and **HEREBY DISMISSES** Blitz from this action **WITH PREJUDICE**, each party to bear its own attorney fees and costs. As Blitz is the only remaining defendant in this case, the clerk of the court shall close the file.

**IT IS SO ORDERED**.

DATED: March 9, 2015

　　　　　　　　　　　　　　　　　　*Janis L. Sammartino*
　　　　　　　　　　　　　　　　　　Honorable Janis L. Sammartino
　　　　　　　　　　　　　　　　　　United States District Judge